01-15-00783-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

September 2, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/10/2015 9:37:49 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE REAGAN CLARK
183RD DISTRICT COURT
HARRIS COUNTY

Defendant's Name: JUAN JIMENEZ

Cause No: 1408197

Court: 183RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 8/19/15
**Sentence Imposed Date:** 8/19/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record: TO BE DETEREMINED**

Sincerely,

D. Bullock
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    JULIE JOHNSON (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P O Box 4651  Houston, Texas 77210-4651

Cause No. 1408197

# THE STATE OF TEXAS
## V.
Juan Jimenez , A/K/A/ _____

_183_ District Court / County Criminal Court at Law No. _____

Harris County, Texas

FILED
Chris Daniel
District Clerk

AUG 1 9 2015

Time: _____
By _____
Harris County, Texas

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On ___8\19\15___ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

___8-19-2015___
**Date**

___Juan Jimenez___
**Defendant (Printed name)**

___Allen Tanner___ (Signature)
**Attorney (Signature)**

___Allen Tanner___
**Attorney (Printed name)**

___19637@___
**State Bar Number**

**Address**

___713 225 -11@___
**Telephone Number**

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X ___Juan Jimenez___
**Defendant (Signature)**

___Juan Jimenez___
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ___8-19-15___

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On  **8-19-15**  the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☒ **IS** indigent for the purpose of

    ☒ employing counsel

    ☒ paying for a clerk's and court reporter's record

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☒ Counsel's motion to withdraw is **GRANTED / ~~DENIED~~.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☒ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____ (attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☒ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

**BAIL IS.**

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☒ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED·  **8-19-15**

_____
JUDGE PRESIDING,
**183** DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1408197

THE STATE OF TEXAS

IN THE 193 DISTRICT COURT

V.

COUNTY CRIMINAL COURT AT LAW NO. _____

Juan Jimenez Defendant

HARRIS COUNTY, TEXAS

FILED
Chris Daniel
District Clerk
AUG 19 2015
Time: _____
Harris County, Texas
By _____
Deputy

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____
Judge

8-19-2015
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X Juan Jimenez
_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

State Bar of Texas ID number: 19637C

Telephone number: _____

Mailing Address: _____

Fax number (if any): _____

Telephone number: _____

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules  The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only  (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

1st

Court **183rd**

10-18-15

Cause No. **1408197**

## The State of Texas
### Vs

Juan Jimenez

8-19-15

Date Notice
Of Appeal: **8-19-15**

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding **Reagan Clark**

Court Reporter **Julie Johnson**

Court Reporter _____

Court Reporter _____

Attorney
on Trial **Allen Tanner**

Attorney
on Appeal **Juan Contreras Jr.** ~~FBO~~

Appointed **✓** Hired _____

Offense **Capital Murder**

Jury Trial Yes **✓** No _____

Punishment
Assessed **Life without Parole**

Companion Cases
(If Known) **N/A**

Amount of
Appeal Bond **∅**

Appellant
Confined: Yes **✓** No _____

Date Submitted
To Appeal Section **8-20-15**

Deputy Clerk _____ ~~22~~/997